RECEIVED
IN LAKE CHARLES, LA
AUG 22 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNUM INSURANCE COMPANY OR AMERICA | : | DOCKET NO. 2:06 CV 0861 |
| VS. | : | JUDGE MINALDI |
| WILSON LOCKE, JR., DORA LOCKE, RAQUEL DEAN, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion to Discharge UNUM Life Insurance Company of America ("UNUM") from further liability, to Dismiss UNUM from the Interpleader Action, and to Dismiss the Counter-Claim IS GRANTED.

IT IS FURTHER ORDERED that UNUM submit an accounting of reasonable attorney's fees and costs within twenty (20) days of the date of this order. The defendants-in-interpleader shall than have ten (10) days to traverse.

Lake Charles, Louisiana, this 21 day of August, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE