RECEIVED
IN LAKE CHARLES, LA
OCT 24 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNUM INSURANCE COMPANY OF AMERICA | : | DOCKET NO. 2:06 CV 861 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| WILSON LOCKE, JR., DORA LOCKE, RAQUEL DEAN, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the August 21, 2006 Judgment in this matter and after consideration of Unum Life Insurance Company of America's ("Unum") Motion for Attorney's Fees and Costs [doc. 16]

It is ORDERED that Unum shall be awarded $5,217.70 (Five Thousand Two Hundred Seventeen and 70/100 dollars) in attorneys' fees and costs.

The Clerk of Court is hereby ORDERED to pay this sum from the funds on deposit with the Registry of the Court in this matter.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24 day of October, 2006.

cc: financial-fax

PATRICIA MINALDI
UNITED STATES DISTRICT COURT